UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAZMIN RIVAS AVALOS, <br> Plaintiff, <br> v. <br> JEFF SESSIONS, et al., <br> Defendants. | Case No. 18-cv-02342-HSG <br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. No. 1 |

A federal district court is authorized to grant a writ of habeas corpus when a petitioner is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3).

Petitioner Jazmin Rivas Avalos, who is in the custody of the Department of Homeland Security, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. *See* Dkt. No. 1. She alleges that she has been detained at the West County Detention Facility in Richmond, California for over five months without a bond hearing before an immigration judge. Petitioner alleges her continued detention violates her Fifth Amendment right to due process. *See Zadvydas v. Davis*, 533 U.S. 678 (2001).

She names four individuals as Respondents: U.S. Attorney General Jefferson Sessions ; Secretary of the U.S. Department of Homeland Security Kirstjen Nielsen; Acting Director for the Executive Office of Immigration Review ("EOIR") James McHenry; and San Francisco Field Immigration and Customs Enforcement ("ICE") Field Office Director Robin Barrett.[1] *See* Dkt.

---

[1] Under 28 U.S.C. § 2241, the proper respondent for a habeas corpus petition is the person "with the ability to produce the prisoner's body before the habeas court." *Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004). The "default rule" is that the "warden of the facility where the prisoner is being held" is the proper respondent where the petitioner is challenging present physical confinement, "not the Attorney General or some other remote supervisory official." *Id.* Petitioner alleges Robin Barrett, the San Francisco Field Office Director for ICE, has legal custody of and authority

No. 1 ¶ 5.

Having considered the pleadings and documents in this matter, and good cause having been shown by Petitioner, the Court **ORDERS** Respondents to Show Cause:

1. By May 3, 2018, Respondents shall respond by answering the allegations and showing cause why a writ of habeas corpus should not issue, or by filing a motion to dismiss on procedural grounds;

2. Petitioner's traverse, opposition, or statement of non-opposition shall be filed by May 10, 2018; and

3. Any reply by Respondents shall be filed by May 17, 2018.

The Clerk of the Court shall serve a copy of this Order, the petition, and all attachments thereto, on Respondents and shall serve copies of these documents to the U.S. Attorney for the Northern District of California.

**IT IS SO ORDERED.**

Dated: 4/19/2018

HAYWOOD S. GILLIAM, JR.
United States District Judge

---

to release Ms. Avalos. *See* Dkt. No. 1 ¶ 5.